# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PAUL THUOTTE | ) |
| | ) Case No. 16-CV-0541-W-FJG |
| v. | ) |
| MAGIC COIN LAUNDRY, L.L.C. | ) |

## JOINT STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

NOW COMES the Parties, through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate and jointly file this Stipulation of Dismissal With Prejudice to dismiss all claims asserted in the above-referenced action by Plaintiff Paul Thuotte against Defendant Magic Coin Laundry, L.L.C., with each party to bear their own costs and attorneys' fees.

Dated, this the 3rd day of October, 2016.

Respectfully Submitted,

THE STAROSTA LAW FIRM

Timothy Starosta (MO # 24040)
Timothy@Starostalaw.com
118 N. Conistor Ln, Ste B #317
Liberty, Missouri 64068
T: 816.399.5733; F: 816.399.0190

***AND***

THE BIZER LAW FIRM
Garret S. DeReus (MO # 68840)
*pro hac vice* admission
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

By: /s/ Garret S. DeReus
   **GARRET S. DEREUS**

*Attorneys for Plaintiff*

*\*\*\*AND\*\*\**

/s/ Wesley D. Hilton
Wesley D. Hilton (MO # 28854)
137 West Franklin St.
P.O. Box 506
Clinton, MO 64735
Phone: 660-885-6914
Fax: 660-885-6780
Attorney for Magic Coin Laundry, L.L.C.